11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jason Robert Parrick,                    * From the 29th District
                                           Court of Palo Pinto County,
                                           Trial Court No. 14692.

Vs. No. 11-12-00161-CR                   * September 19, 2013

The State of Texas,                      * Memorandum Opinion by Willson, J.
                                           (Panel consists of: Wright, C.J.,
                                           McCall, J., and Willson, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.